MONCEL REALTY CORPORATION, Respondent, v. WHITESTONE FARMS, INC., Appellant.— The right to maintain a common-law action to recover the reasonable value of the use and occupation of real property was not suspended by the enactment of the emergency rent laws. The only limitation imposed upon such actions by the emergency legislation is that the amount of the recovery must be determined in accordance with the provisions of the emergency rent laws. This action may be treated as a proceeding to fix the emergency rent. Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.; Shientag, J., concurs in the result.

CORNELIUSSEN & STAKGOLD, INC., Appellant, v. GENERAL ELECTRIC COMPANY, Respondent, et al., Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore and Shientag, JJ.

SAM ARSTEIN et al., Appellants, v. ROBERT REIS & Co., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of ANTHONY ALLEN et al., Appellants, against WILLIAM J. KELLEY et al., Individually and Constituting the New York State Labor Relations Board, et al., Respondents.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [191 Misc. 762.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES GOVAN and LEROY GOVAN, Appellants.— Judgments unanimously modified by reducing the sentence for each defendant to six months in the New York City Penitentiary and as so modified affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY ROSEN, Appellant.— Judgment affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Shientag, J., dissents and votes to reverse the judgment and dismiss the information on the ground that the guilt of the defendant was not established beyond a reasonable doubt.

ANGELINA C. LAURIA et al., Respondents, v. ANTONIO TRISTANO et al., Appellants.— Order denying defendants' motion to dismiss the complaint unanimously affirmed, with $10 costs and disbursements, with leave to the defendants to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

ANGELINA C. LAURIA et al., Respondents, v. ANTONIO TRISTANO et al., Appellants.— Order granting plaintiffs' motion for the appointment of a receiver unanimously affirmed, with $10 costs and disbursements. The case should be set down for an early trial. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

SYBIL A. WHITE, Respondent, v. NATIONAL BONDHOLDERS CORPORATION et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [191 Misc. 536.]

ARNOLD REUBEN, JR., Appellant, v. BENJAMIN TAGER et al., Defendants, and PARK AVENUE RESTAURANT, INC., Respondent.— Order unanimously modified, without costs, by referring the question of the ownership of the fund to a referee to report to the court at Special Term. The decision of the motion will be held in abeyance pending the coming in of the referee's report. Settle